COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West-Plaza One
250 Pehle Avenue | Suite 401
Saddle Brook, NJ 07663
Telephone:  201/845-9600
201/845-9423  (fax)
psp@njlawfirm.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARY K. BLASY
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173  (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re HERTZ GLOBAL HOLDINGS, INC., SECURITIES LITIGATION | ) Civil Action No.: <br> ) <br> ) 2:13-cv-07050-SRC-CLW <br> ) <br> ) CLASS ACTION <br> ) <br> ) CERTIFICATION OF PETER S. <br> ) PEARLMAN IN SUPPORT OF <br> ) MOTION TO ALLOW EVAN J. <br> ) KAUFMANN TO APPEAR AND <br> ) PARTICIPATE *PRO HAC VICE* <br> ) |

PETER S. PEARLMAN hereby certifies and says:

1. I am a member of the firm of Cohn Lifland Pearlman Herrmann & Knopf LLP and a member of the bar of the United States District Court for the District of New Jersey in good standing.

2. Pursuant to L. Civ. R. 101.1(c) the following chart discloses each bar in which I am a member including the year of admission and the name and address of the official or office maintaining the roll of such members of its bar; I am in good standing in each of those courts:

| COURT | YEAR OF ADMISSION | NAME & ADDRESS |
|---|---|---|
| State of New Jersey | 1970 | Administrative Office of the Courts<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton NJ  08608 |
| Unites States District Court for the District of New Jersey | 1970 | United States District Court<br>Clarkson S. Fisher Federal Building<br>and United States Courthouse<br>402 East State Street, Room 2020<br>Trenton, NJ  08608 |
| United States District Court for the Southern District of New York | 2003 | U.S. District Court<br>Southern District of New York<br>500 Pearl Street, Rm. 2609<br>New York, NY 10007 |
| United States District Court for the Northern District of California | 1985 | United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| United States Circuit Courts of Appeals for the Second Circuit | 1981 | United States Court of Appeals for the Second Circuit<br>Daniel Patrick Moynihan U.S. Courthouse<br>500 Pearl Street<br>New York, NY 10007 |
| United States Circuit Court of Appeals for the Third Circuit | 1981 | Office of the Clerk<br>21400 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 |
| United States Circuit Court of Appeals for the Fourth Circuit | 1999 | United States Court of Appeals for the Fourth Circuit<br>1100 East Main Street<br>Richmond, VA  23219 |

| United States Circuit Court of Appeals for the Seventh Circuit | 1985 | United States Court of Appeals for the Seventh Circuit<br>Room 2722<br>219 S. Dearborn Street<br>Chicago, IL 60604 |
|---|---|---|
| United States Circuit Court of Appeals for the D.C. Circuit | 1998 | United States Court of Appeals for the D.C. Circuit<br>333 Constitution Avenue, NW,<br>Washington, DC 20001 |
| United States Tax Court | 1973 | United States Tax Court<br>400 Second Street, NW,<br>Washington, DC 20217 |
| United States Court of Federal Claims | 2000 | United States Court of Federal Claims<br>717 Madison Place, NW<br>Washington, DC 20005 |

3. I have been asked by the law firm of Robbins Geller Rudman & Dowd to participate with them as counsel in connection with the above-captioned matter on behalf of the plaintiff.

4. I make this certification in support of an application to admit Evan J. Kaufman to appear and participate pro hac vice.

5. I understand and have informed Mr. Kaufman that, in the event that the Court grants this application, all notices, orders and pleadings shall be served upon me as local counsel, and I shall promptly notify counsel of their receipt, and that only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders.

6. I further understand that I shall be responsible for the conduct of Mr. Kaufman and will be responsible for his conduct and compliance with L. Civ. R. 101.1(c).

      I certify under penalty of perjury that the foregoing statements are true.  I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Dated:  February 27, 2014

                                             */s/ Peter S. Pearlman*
                                             Peter S. Pearlman