COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West-Plaza One
250 Pehle Avenue | Suite 401
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)
psp@njlawfirm.com

Liaison Counsel for Lead Plaintiff Sheet Metal Workers'
Local No. 80 Pension Trust Fund

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Lead Plaintiff Sheet Metal Workers'
Local No. 80 Pension Trust Fund

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re HERTZ GLOBAL HOLDINGS, INC., SECURITIES LITIGATION | ) Master File No. ) 2:13-cv-07050-SRC-CLW ) ) CLASS ACTION ) ) CERTIFICATION OF EVAN J. KAUFMAN ) TO APPEAR AND PARTICIPATE *PRO* ) *HAC VICE* |

Evan J. Kaufman hereby certifies and says:

1. I am an attorney at law with the law firm of Robbins Geller Rudman & Dowd LLP with offices situated at 58 South Service Road, Suite 200, Melville, New York 11747.

2. Pursuant to L. Civ. R. 101.1(c)(1), the following chart discloses each bar in which I am a member including the year of admission and the name and address of the official or office maintaining the roll of such members of its bar; I am in good standing in each of those courts:

| COURT | YEAR OF ADMISSION | NAME & ADDRESS |
| --- | --- | --- |
| New York State | 1996 | Supreme Court of the State of New York, Appellate Div., First Judicial Dep't<br>41 Madison Ave.<br>New York, NY 10010 |
| USDC, Southern District of New York | 2002 | U.S. District Court<br>Southern District of New York<br>500 Pearl Street, Room 120<br>New York, NY 10007-1312 |
| USDC, Eastern District of New York | 2002 | U.S. District Court<br>Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201-1818 |
| USDC, Northern District of New York | 2006 | U.S. District Court<br>Northern District of New York<br>445 Broadway, Suite 509<br>Albany, NY 12207 |
| Second Circuit Court of Appeals | 2010 | U.S. Court of Appeals for the Second Circuit<br>40 Centre Street, 18th Floor<br>New York, NY 10007-1501 |

3. I make this certification in support of an application to appear and participate in the above-captioned matter *pro hac vice* on behalf of Lead Plaintiff Sheet Metal Workers' Local No. 80 Pension Trust Fund, pursuant to Rule 101.1(c) of the General Rules of the United States District Court for the District of New Jersey.

4. My firm has been requested by Lead Plaintiff Sheet Metal Workers' Local No. 80 Pension Trust Fund to represent it in connection with this litigation. Lead Plaintiff has come to our

firm because we have experience in all phases of litigation including depositions, trials and appeals. I believe that my firm's expertise in securities litigation makes us particularly qualified to represent our client and a class of similarly situated individuals.

5. I am not under suspension or disbarment by any court, nor are any disciplinary proceedings pending against me.

6. My firm has retained the services of the law firm of Cohn Lifland Pearlman Herrmann & Knopf LLP, Park 80 Plaza West One, 250 Pehle Avenue, Suite 401, Saddle Brook, New Jersey 07663, to serve as local counsel on behalf of our client. Peter S. Pearlman, Esq. of that law firm will be handling this matter with us.

7. I understand that if I am admitted to appear and participate pro hac vice:

   (a) I shall abide by the rules governing the courts of the State of New Jersey, including all disciplinary rules;

   (b) I shall consent to the appointment of the Clerk of the Supreme Court of the State of New Jersey as an agent upon whom service may be made for all actions against me and/or my firm that may arise out of my participation in connection with this matter;

   (c) I shall notify this court immediately of any matter affecting my standing at the bar of any other court;

   (d) I shall have all pleadings, briefs and other papers filed with the court signed by an attorney of record authorized to practice in this state;

   (e) no delay in discovery, motions, trial or any other proceeding shall occur or be requested by reason of my inability to be in attendance;

   (f) automatic termination of my *pro hac vice* admission will occur for my failure to make the required annual payment to the Ethics Financial Committee and the New Jersey

Lawyers' Fund for Client Protection, proof of which payment shall be made by certification to the court no later than January 15th of each year;

        (g)    I shall submit to this court's jurisdiction for discipline; and

        (h)    I shall abide by the rules contained in L. Civ. R. 101.1(c).

8.    I respectfully request that this court grant this application on behalf of Lead Plaintiff in the above-captioned matter to permit me to appear and participate *pro hac vice* on its behalf.

9.    I certify under penalty of perjury that the foregoing statements made by me are true. Executed on February 25, 2014.

                                                           EVAN J. KAUFMAN