| | |
|---|---|
| OF COUNSEL: | |
| Anton R. Valukas (applying pro hac vice) | Kevin H. Marino |
| Ross B. Bricker (applying pro hac vice) | John D. Tortorella |
| Howard S. Suskin (applying pro hac vice) | MARINO, TORTORELLA & BOYLE, P.C. |
| JENNER & BLOCK, LLP | 437 Southern Boulevard |
| 353 N. Clark Street | Chatham, New Jersey 07928-1488 |
| Chicago, Illinois 60654-3456 | (973) 824-9300 |
| (312) 222-9350 | |

*Attorneys for Defendants Hertz Global Holdings, Inc. and Mark P. Frissora*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE HERTZ GLOBAL HOLDINGS, INC. SECURITIES LITIGATION | Hon. Stanley R. Chesler |
| | Master File No.: 2:13-CV-7050 (SRC/CLW) |
| This Document Relates To: ALL ACTIONS. | **NOTICE OF MOTION OF FOR THE ADMISSION *PRO HAC VICE* OF ANTON R. VALUKAS, ROSS B. BRICKER AND HOWARD S. SUSKIN** |
| | *Filed Electronically* |

**PLEASE TAKE NOTICE** that on July 7, 2014, or at such date and time as set by the Court, Defendants Hertz Global Holdings, Inc. ("Hertz") and Mark P. Frissora, through their undersigned attorneys, Marino, Tortorella & Boyle, P.C. (John D. Tortorella, Esq., appearing), will move before the Honorable Cathy L. Waldor, U.S.M.J., Martin Luther King, Jr., Federal Building and Courthouse, Room 4040, 50 Walnut Street, Newark, NJ 07102, for entry of an Order, pursuant to Local Civil Rule 101.1(c), admitting *pro hac vice* Anton R. Valukas, Esq., Ross B. Bricker, Esq. and Howard S. Suskin, Esq. of Jenner & Block, LLP to serve as co-counsel for Defendants Hertz and Frissora.

PLEASE TAKE FURTHER NOTICE that in support of its motion, Defendants Hertz and Frissora will rely upon the Certifications of John D. Tortorella, Esq., Anton R. Valukas, Esq., Ross B. Bricker, Esq. and Howard S. Suskin, Esq., which are submitted herewith.

PLEASE TAKE FURTHER NOTICE that Plaintiffs' counsel consents to the admission *pro hac vice* of Messrs. Valukas, Bricker and Suskin.

PLEASE TAKE FURTHER NOTICE that in making this Motion, Defendants Hertz and Frissora fully preserve and do not waive any and all defenses, objections and motions available to it, including but not limited to defenses, objections and motions relating to jurisdiction, service, service of process and venue.

        MARINO, TORTORELLA & BOYLE P.C.
*Attorneys for Defendants Hertz Global Holdings, Inc. and Mark P. Frissora*

Dated:  June 12, 2014        BY: /s John D. Tortorella
       Chatham, New Jersey        JOHN D. TORTORELLA