OF COUNSEL:
Anton R. Valukas (applying pro hac vice)
Ross B. Bricker (applying pro hac vice)
Howard S. Suskin (applying pro hac vice)
JENNER & BLOCK, LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
(312) 222-9350

Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
(973) 824-9300

*Attorneys for Defendants Hertz Global Holdings, Inc. and Mark P. Frissora*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE HERTZ GLOBAL HOLDINGS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS. | Hon. Stanley R. Chesler<br>Master File No.: 2:13-CV-7050 (SRC/CLW)<br>**CERTIFICATION OF HOWARD S. SUSKIN IN SUPPORT OF APPLICATION FOR ADMISSION <u>PRO HAC VICE</u>**<br>*Filed Electronically* |

HOWARD S. SUSKIN, of full age, certifies and states:

1. I make this Certification in accordance with L. Civ. R. 101.1(c) in support of the request of Defendants The Hertz Corporation and Mark P. Frissora (the "Defendants") for an Order admitting me to appear and participate in this matter *pro hac vice.*

2. I am a partner of the law firm of Jenner & Block, LLP, 353 N. Clark Street, Chicago, Illinois 60654, which is counsel to Defendants in this action.

3. I am a member in good standing of the bar of the State of Illinois (Bar No. 6185999), to which I was admitted in 1983. The official or office maintaining the roll of the members of this bar is the Attorney Registration and Disciplinary Commission, 3161 West White Oaks Drive, Springfield, IL 62704.

4. No disciplinary proceedings are pending or proposed against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. In accordance with L. Civ. R. 101(c)(4), we have designated Kevin H. Marino, Esq. and John D. Tortorella, Esq. of the law firm of Marino, Tortorella & Boyle, P.C., both members of the bar of this Court maintaining an office within the District of New Jersey, as the attorneys with whom the Court and counsel may readily communicate regarding the conduct of this case and upon whom papers may be served.

6. If admitted *pro hac vice*, I agree to pay the annual fee to the New Jersey Lawyers' Fund for Client Protection for any year in which I continue to represent a client in a matter pending in this Court, in accordance with New Jersey Court Rule 1:28-2.

7. If admitted *pro hac vice*, I agree to pay $150.00 to the Clerk of the United States District Court, in accordance with L. Civ. R. 101.1(c)(3).

8. If admitted *pro hac vice*, I agree to comply with Local Civil Rule 101.1(c) in all respects.

9. For all of these reasons, I respectfully request that this Court issue an Order admitting me to appear *pro hac vice*. I will abide by the Rules of this Court, and I acknowledge that if I admitted *pro hac vice*, I will be within the disciplinary jurisdiction of this Court.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct.

Dated: June 9, 2014

_____
HOWARD S. SUSKIN