COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
ATTY # 234551970
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

Liaison Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re HERTZ GLOBAL HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 2:13-cv-07050-SRC-CLW |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | **DECLARATION OF EVAN J. KAUFMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

Evan J. Kaufman does hereby certify and say:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for lead plaintiff Sheet Metal Workers' Local No. 80 Pension Trust Fund (herein "Plaintiff") in the above-captioned matter. I submit this Declaration in support of Plaintiff's opposition to Defendants' motion to dismiss.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a Form 8-K filed by the Hertz Corporation with the United States Securities and Exchange Commission on June 6, 2014.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  August 7, 2014

/s/ Evan J. Kaufman
EVAN J. KAUFMAN

CERTIFICATE OF SERVICE

  I hereby certify that on August 7, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 7, 2014.

          COHN LIFLAND PEARLMAN
           HERRMANN & KNOPF LLP
          PETER S. PEARLMAN


           */s/ Peter S. Pearlman*
          PETER S. PEARLMAN

Park 80 West-Plaza One
250 Pehle Avenue | Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423  (fax)

*Liaison Counsel for Plaintiff*

# Mailing Information for a Case 2:13-cv-07050-SRC-CLW RAMIREZ, JR. v. HERTZ GLOBAL HOLDINGS, INC. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **ROSS B. BRICKER**
  rbricker@jenner.com

- **MICHAEL G. CAPECI**
  mcapeci@rgrdlaw.com

- **EVAN J. KAUFMAN**
  ekaufman@rgrdlaw.com

- **SETH R. LESSER**
  slesser@klafterolsen.com,slesser@pacernotice.com,Nancy.Velasquez@klafterolsen.com,giselle.quinones@klafterolsen.com

- **KEVIN HARRY MARINO**
  kmarino@khmarino.com,docketing@khmarino.com

- **MAEVE O'CONNOR**
  mloconnor@devevoise.com

- **PETER S. PEARLMAN**
  PSP@njlawfirm.com

- **SAMUEL H. RUDMAN**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **EDWIN G. SCHALLERT**
  egschallert@debevoise.com

- **HOWARD SUSKIN**
  hsuskin@jenner.com

- **JOHN D. TORTORELLA**
  jtortorella@khmarino.com

- **ANTON R. VALUKAS**
  avalukas@jenner.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)