**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| : | |
| : | |
| : | |
| : | **Civil Action No. 13-7050** |
| **In re HERTZ GLOBAL HOLDINGS,** : | |
| **INC. SECURITIES LITIGATION** : | **ORDER** |
| : | |
| : | |
| : | |

**THIS MATTER** having come before the Court on the motion of Defendants Hertz Global

Holdings, Inc., Mark P. Frissora, and Elyse Douglas (collectively, "Defendants") to dismiss the

Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) **[Dkt. No. 52]**;

and the Court having considered the papers submitted in support of and in opposition to

the motion;

**IT IS** on this 22nd day of July, 2015, for the reasons set forth in the accompanying Opinion,

**ORDERED** that Defendants' motion to dismiss is **GRANTED WITHOUT**

**PREJUDICE** in light of the fact that the accompanying Opinion addresses issues not previously

addressed in connection with Defendants' earlier motion to dismiss; and it is further

**ORDERED** that Plaintiff may file an amended complaint on or before August 22, 2015;

and it is further

**ORDERED** that failure to file an amended complaint will result in dismissal of this case

with prejudice.

s/ *Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**