**CLOSING**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In Re: HERTZ GLOBAL HOLDINGS, INC. SECURITIES LITIGATION** | **Civil Action No. 13-7050**<br><br>**ORDER** |

**THIS MATTER** came before the Court by way of Defendants Hertz Global Holdings, Inc., Mark Frissora, Elyse Douglas, Jatindar Kapur, Thomas Kennedy, and David Rosenberg's (collectively, "Defendants") motions to dismiss the Fourth Consolidated Amended Complaint ("FAC"), Dkt. Nos. 104, 108, 109, 110, 112, 115;

and for the reasons set forth in the accompanying Opinion;

**IT IS**, on this 27th day of April, 2017,

**ORDERED** that Defendants' motions to dismiss are **GRANTED** and the case is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that this matter is now closed.

***/s Madeline Cox Arleo***
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**