CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com

*Liaison Counsel for Plaintiff*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re HERTZ GLOBAL HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 2:13-cv-07050 (MCA) (LDW) |
| This Document Relates To:<br><br>ALL ACTIONS. | <u>CLASS ACTION</u><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Sheet Metal Workers Local Union 80 Pension Trust Fund and Westchester Teamsters Pension Fund, through its undersigned counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendants.

 DATED:  March 31, 2021        CARELLA, BYRNE, CECCHI, OLSTEIN,
                                  BRODY & AGNELLO, P.C.
                               JAMES E. CECCHI


                                    <u> /s/ James E. Cecchi          </u>
                                   JAMES E. CECCHI

                               5 Becker Farm Road
                               Roseland, NJ  07068
                               Telephone:  973/994-1700
                               973/994-1744 (fax)
                               jcecchi@carellabyrne.com

                               *Liaison Counsel for Plaintiff*

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN (*pro hac vice*)
MARK T. MILLKEY (*pro hac vice*)
MICHAEL G. CAPECI (*pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173  (fax)
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com
mmillkey@rgrdlaw.com
mcapeci@rgrdlaw.com

*Lead Counsel for Plaintiffs*

WATKINS, PAWLICK, CALATI & PRIFTI, PC
JOSEPH PAWLICK
1423 East Twelve Mile Road
Madison Heights, MI  48071
Telephone:  248/658-0800
248/658-0801 (fax)

*Additional Counsel for Lead Plaintiff*

SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 4/1/21